---

[No. 8,483.    Department One.—October 28, 1884.]
JAMES McCLOSKEY, Respondent, v. MARGARET
SWEENEY et al., Appellants.

Practice—Infant—Service of Summons—Guardian ad Litem.—An infant who is party to an action cannot nominate an attorney, nor can the court appoint a guardian ad litem until the infant has been served with summons.

Appeal from a judgment of the Superior Court of the city and county of San Francisco, and from an order denying a new trial.

The facts appear in the opinion of the court.

J. D. Sullivan, for Appellants.

J. B. Hart, for Respondent.

McKinstry, J.—In the action James McCloskey, Margaret Sweeney, Mary Sweeney and James Sweeney, the defendant last named—an infant over the age of fourteen years—was not served with process.   The infant was not authorized to nominate an attorney.   Nor does the court have power to appoint a guardian ad litem to appear for the infant until after summons has been served on the infant.   (C. C. P. § 373 ; Johnston v. S. F. S. Union, 63 Cal. 554.)

Judgment and order reversed, and cause remanded for a new trial.

Ross, J., and McKee, J., concurred.